UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAVID BROWN (#293387)  CIVIL ACTION

VERSUS

CASSANDRA TEMPLE, ET AL.  NO. 11-0797-JJB-RLB

## JUDGMENT

For the written reasons assigned and filed herein,

**IT IS ORDERED, ADJUDGED** and **DECREED** that this matter be and it is hereby **DISMISSED, WITH PREJUDICE**, reserving to the plaintiff any state law claims which he may have and reserving to the plaintiff his right to pursue further relief upon satisfaction of the requirements set forth in Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 283 (1994).

Signed in Baton Rouge, Louisiana, on this 29th day of MARCH 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE